JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DEYAA KHALILL,<br><br>            Petitioner,<br><br>         v.<br><br>W.L. MONTGOMERY, Warden,<br><br>            Respondent. | No. CV 15-4947-AB (DFM)<br><br>JUDGMENT |

      Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

      IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: October 30, 2017

_____
ANDRÉ BIROTTE JR.
United States District Judge